In the Matter of the Claim of AMY R. GRANGER-HIMES, Appellant. COMMISSIONER OF LABOR, Respondent. [987 NYS2d 589]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 10, 2013, which, among other things, ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Egan Jr. and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.